UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COAST CENTER FOR ORTHOPEDIC AND ARTHROSCOPIC SURGERY, LLC dba SHARP SAN DIEGO SURGERY CENTER,<br><br>                                    Plaintiff,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY, et al.,<br><br>                                  Defendants. | Case No.: 24-cv-2145-RSH-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AMENDED ANSWER**<br><br>[ECF No. 14] |

      Before the Court is the Parties' Joint Motion for Relief from Scheduling Order and for Leave for Defendant West American Insurance Company to file an Amended Answer. ECF No. 14. On December 16, 2024, the Court issued a Scheduling Order in this case setting the deadline for the Parties to amend their pleadings to March 25, 2025. ECF No. 11 at 2. On May 7, 2025, the Parties filed the instant Joint Motion requesting that the Court grant leave for Defendant to file an Amended Answer. ECF No. 14.

      "Generally, Federal Rule of Civil Procedure 15(a) liberally allows for amendments to pleadings." *Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294 (9th Cir. 2000). However, "[w]hen a case management scheduling order sets a deadline for amending pleadings and

the deadline has passed, the liberal policy regarding amendment of pleadings under Rule 15(a) no longer applies." *U.S. ex rel. Technica LLC v. Carolina Cas. Ins. Co.*, No. 08-CV-01673-H KSC, 2012 WL 1672580, at *3 (S.D. Cal. May 14, 2012). Instead, under Rule 16, "[t]o allow the amendment, the scheduling order must be modified, requiring leave of court and a showing of good cause." *Id.*; *see also Beaver v. Hotels,* No. 11CV1842-GPC(KSC), 2016 WL 4142345, at *2 (S.D. Cal. Aug. 4, 2016) ("Because the pleading amendment deadline has long passed, Defendants bear the burden of showing "good cause" to amend the answer under Rule 16(b)."). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, Defendant has demonstrated good cause to amend its answer under Federal Rule of Civil Procedure 16. Defense counsel represents counsel only realized one of Defendant's policy defenses was not pleaded during the course of obtaining written discovery. ECF No. 14 at 2. Consistent with this representation, the Amended Answer revises one of Defendant's affirmative defenses and pleads an additional policy defense. ECF No. 14-2 at 8–9. There is no evidence of undue delay. Plaintiff does not oppose Defendant's request. *Id.* In addition, the time that has elapsed since the Court's deadline to amend pleadings and the filing of the Parties' Joint Motion is not unreasonably lengthy.

For the reasons above, the Court **GRANTS** Defendant leave to file its Amended Answer (attached as Exhibit 1 of the Parties' Joint Motion, ECF No. 14-1), within **fourteen (14) days** of this Order.

**IT IS SO ORDERED.**

Dated: May 13, 2025

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge